

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 6, 2022**

**United States Bankruptcy Judge**

In the United States Bankruptcy Court
For the Northern District of Texas
DALLAS DIVISION

In Re:                                                            Case No. 22-31247-SGJ-13
FREDDIE LOUIS & AMETRIA DOMANISE TAYLOR
        Debtors

## Order Dismissing Chapter 13 Case Pursuant to General Order 2021-05
## Without Prejudice

On representation of the Standing Chapter 13 Trustee as evidenced by the signature below, that the Debtors failed to timely pay the Trustee one or more pre-Confirmation payments specified in the Debtors' Plan and that 17 days written notice of such failure was given to Debtors and Attorney for Debtors, if any, prior to submission.

**IT IS THEREFORE, FURTHER ORDERED** that this case is hereby **DISMISSED** pursuant to General Order 2021-05 and that all debts due and owing creditors as of this date are NOT DISCHARGED or affected in any manner by this order.

Order Dismissing Chapter 13 Case Pursuant to General Order 2021-05,  Page 2
22-31247-SGJ-13
FREDDIE LOUIS & AMETRIA DOMANISE TAYLOR

### End of Order ###

Approved:   /s/ Thomas D. Powers

Thomas D. Powers, Trustee
State Bar # 16218700
Office of the Standing Chapter 13 Trustee
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200 / (214) 965-0757  (Fax)